# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL BROWN, *et al.*, | ) |
|    Plaintiffs, | ) |
| | ) |
| v. | )   CIVIL ACTION 10-00709-KD-M |
| | ) |
| CITIMORTGAGE, INC., | ) |
|    Defendant. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated March 4, 2011, is hereby **ADOPTED** as the opinion of this Court.

Accordingly, it is hereby **ORDERED** that the Plaintiffs' Motion to Remand (Doc. 8) is **DENIED.**

**DONE** and **ORDERED** this the **23rd** day of **March 2011.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

1